IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GIW INDUSTRIES, )<br>      Plaintiffs, )<br>  ) <br>v. ) <br>S.P.I./MOBILE PULLEYWORKS, INC., )<br>d/b/a STEEL PROCESSORS, INC., )<br>      Defendants. ) | CIVIL ACTION 11-00185-KD-N |

### ORDER

This matter is before the Court on the parties' Status Report (Doc. 79) in response to the Court's Order (Doc. 77). In light of the representations made by the parties regarding the potential length of time (over 36 months) for the pending *inter partes* reexamination in the U.S. Patent and Trademark Office, the Court finds that there is no reason at this time to maintain this case on the Court's active docket. Accordingly, the Clerk is **DIRECTED** to take the necessary actions to administratively close this case for statistical purposes.

It is further **ORDERED** that the parties shall file a Joint Status Report within **14 days** of the U.S. Patent & Trademark Office's resolution of the *inter partes* proceeding, notifying the Court of the results of same.

**DONE** and **ORDERED** this the **2**nd day of **December 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1